UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOAPTRONIC, LLC, a Limited Liability Company, and GERMSTAR®,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>J.A.R. SOLUTIONS, LTD., a California Business Entity form unknown; DAVID TSUTSUMI, an individual; J.A.R. SOLUTIONS LLC, a Nevada corporation; GG & LILY, LLC, a Nevada corporation; THE SANITIZED TRUST, a business entity form unknown; GARY GUYMAN, an individual; GARY GRYTE, an individual; G&G ENTERPRISES, a business entity form unknown; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: SACV12-00476 JST (RNBx)<br><br>STIPULATED JUDGMENT AND PERMANENT INJUNCTION |

　　　　The Court, having considered the parties' STIPULATION RE: SETTLEMENT AND ENTRY OF AGREED UPON JUDGMENT, and finding the terms thereof to be a fair and reasonable settlement of the above captioned action, hereby enters this PERMANENT INJUNCTION and ORDERS that:

　　　　1.　　Defendants JAR SOLUTIONS LLC, a Nevada Limited Liability Company; DAVID TSUTSUMI, an individual; GARY GUYMON, an individual; GARY GRYTE an individual; GG & LILY, LLC, a Nevada limited liability company; G&G ENTERPRISES, a fictitious business name for GARTH GRYTE; and THE SANITIZED TRUST, a Nevada business trust (collectively "DEFENDANTS"), along with their directors, principals, officers, agents, servants, employees,

...

representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained as follows:

a. Following the sale of existing inventory of hand sanitizing solution dispensers by JAR SOLUTIONS LLC or by not later than sixty (60) days from the entry of this Order, whichever comes first, JAR SOLUTIONS LLC's dispensers will be marked on the bottom portion of the sphere with JAR SOLUTIONS LLC's logo, as indicated below:



b. Following the sale of existing inventory of hand sanitizing solution dispensers by JAR SOLUTIONS LLC or by not later than one hundred twenty (120) days from the entry of this Order, whichever comes first, JAR SOLUTIONS LLC'S dispensers will be marked with JAR SOLUTIONS LLC'S name or logo on the top portion of the sphere (along one side), and the term "GERM KILLER" will be moved further down on the top of the sphere from its current placement.

c. Commencing on or after June 17, 2013, JAR SOLUTIONS LLC will not market or sell any hand sanitizing solution that was acquired from Fresenius Medical Care with any labeling or markings suggesting an association with SOAPTRONIC or suggesting that SOAPTRONIC is the source of the product.

d. JAR SOLUTIONS LLC will not in any written, oral or internet marketing efforts market its products as a product line of, or otherwise suggest an affiliation with, SOAPTRONIC.

e. JAR SOLUTIONS LLC will not alter, deface, remove or cover the SOAPTRONIC logo or labels on any existing SOAPTRONIC products previously sold to customers.

2. This Stipulated Permanent Injunction applies to and binds all parties who are in active concert or participation with DEFENDANTS as provided in Federal Rule of Civil Procedure 65(d). DEFENDANTS have waived any objection under FRCP 65.

3. This Stipulated Permanent Injunction and Order of Dismissal shall bind DEFENDANTS and their corporate affiliates, successors, assignees, officers, directors, employees, agents, servants, representatives, and shareholders.

4. The parties have consented to the jurisdiction of the magistrate judge for enforcement of the settlement. Any motion brought to enforce the settlement agreement shall be scheduled with the magistrate judge assigned to this case.

5. The case is otherwise dismissed. Each party is to bear their own fees and costs.

IT IS SO ORDERED.

Dated: June 24, 2013

_____
Hon. Josephine Staton Tucker